Michael Louis Kelly - State Bar No. 82063
mlk@kirtlandpackard.com
Behram V. Parekh - State Bar No. 180361
bvp@kirtlandpackard.com
Heather M. Baker - State Bar No. 261303
hmb@kirtlandpackard.com
KIRTLAND & PACKARD LLP
2041 Rosecrans Avenue
Third Floor
El Segundo, California  90245
Telephone: (310) 536-1000
Facsimile: (310) 536-1001

*Counsel for Plaintiff and all
others similarly situated*

UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYLOR DEMULDER, on behalf of himself and all others similarly situated, | Case No. 3:12-cv-02232-BTM-MDD |
| Plaintiffs, | **CLASS ACTION** |
| v. | **NOTICE OF VOLUNTARY DISMISSAL** |
| CARTER-REED COMPANY, LLC, a Utah limited liability company, and DOES 1-10, inclusive, | **[FRCP 41(a)(1)(A)]** |
| Defendants. | |

02316-00001  156815.01

KIRTLAND & PACKARD LLP
LAW OFFICES

1  TO THE CLERK OF THE ABOVE-ENTITLED COURT, AND TO ALL PARTIES

2  AND THEIR ATTORNEYS OF RECORD:

3        Plaintiff Taylor Demulder dismisses this entire action pursuant to Federal

4  Rule of Civil Procedure 41(a)(1)(A); the dismissal is with prejudice as to Mr.

5  Demulder and without prejudice as to the putative class.  Pursuant to Federal Rule

6  of Civil Procedure 41(a)(1)(A)(i), the dismissal can be accomplished without a court

7  order because no answer or motion for summary judgment has been served by

8  Defendant.

9

10

11  DATED: December 14, 2012          Respectfully submitted,

12                                   KIRTLAND & PACKARD LLP

13

14                                 By:   /s/ Heather M. Baker
                                 HEATHER M. BAKER

15                                 *Counsel for Plaintiff and all*

16                                 *others similarly situated*

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES
KIRTLAND & PACKARD LLP